```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                               Docket #12cv8159
CHAMORRO, et al.,                       : 1:12-CV-08159-TPG

                Plaintiffs,             :

   - against -                          : New York, New York
                                          March 17, 2014
GHERMEZIAN, et al.,                     :

                Defendants.             :

--------------------------------------- :

                       PROCEEDINGS BEFORE
                   THE HONORABLE HENRY PITMAN,
            UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiffs:             GETMAN SWEENEY
                            BY:  DAN GETMAN, ESQ.
                                 ARTEMIO GUERRA, ESQ.
                            9 Paradise Lane
                            New Paltz, New York  12561
                            (845) 255-9370

                            LATINOJUSTICE PRLDEF
                            BY:  LAURA HUIZAR, ESQ.
                            99 Hudson Street
                            New York, New York  10013
                            (212) 739-7576

For Defendants:             JACKSON LEWIS PC
                            BY:  FELICE EKELMAN, ESQ.
                                 TARA TOULOUMIS, ESQ.
                            666 Third Avenue, 29th Floor
                            New York, New York  10017
                            (212) 545-4000

Transcription Service:  Carole Ludwig, Transcription Services
                        141 East Third Street #3E
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Fax:  (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

## **INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                                                                3
 2            THE CLERK:  Chamorro against Ghermezian, counsel,
 3   please state your name for the record.
 4            MR. DAN GETMAN:  Dan Getman, with Getman Sweeney,
 5   for the plaintiffs.
 6            MR. ARTEMIO GUERRA:  Artemio Guerra with Getman
 7   Sweeney for the plaintiffs.
 8            MS. LAURA HUIZAR:  Laura Huizar for Latinojustice
 9   Prldef for the plaintiffs.
10            MS. FELICE EKELMAN:  Felice Ekelman, Jackson
11   Lewis, for the defendants.
12            MS. TARA TOULOUMIS:  Tara Touloumis, Jackson
13   Lewis, for the defendants.
14            HONORABLE HENRY PITMAN (THE COURT):  Okay.  All
15   right, good afternoon, counsel, we have just completed and
16   off the record settlement conference during which the
17   parties have come to an agreement to resolve the case.
18   There are certain monetary and nonmonetary terms.  My --
19   the settlement, the terms of the settlement are as follows:
20   The defendants will pay to the plaintiff the total sum of
21   $180,000 in full and final satisfaction of all claims in
22   the case, in full and final satisfaction of all claims for
23   attorney's fees in the case, in full and final satisfaction
24   of all monetary claims that plaintiffs have against the
25   defendants.
```

```
                                                            4
            The parties will exchange releases, the releases
will run -- the attorneys, in addition to the parties, will
be released.  The releases will include a release of the --
a release by the defendants of their claim for a loan in
the approximate amount of $57,000.  The parties agree that
they will not publicize the settlement.  Plaintiffs'
counsel agrees that the reference to the lawsuit on
plaintiffs' counsels website will be removed promptly.
            The parties agree that the attorneys are bound by
the stipulation of confidentiality. If any party or
attorney is asked about the outcome of the lawsuit, the
party or attorney is to respond in substance that the
matter has been amicably resolved.
            The plaintiffs agree, well Ms. Pinguil agrees not
to disclose the terms, in addition to a general agreement
of confidentiality she agrees not to disclose the terms of
the settlement to her sister.  Ms. Chamorro agrees not to
disclose the terms of the settlement to her husband except
to the extent required by law.  My understanding is,
however, the plaintiffs can disclose the terms of the
settlement to tax preparers or similar individuals who
stand in a fiduciary relationship, confidential fiduciary
relationship to the party.  The check will be issued to
Getman and Sweeney, part of it will be on a 1099, part of
```

```
 1                                                            5
 2  it will be on -- the part that represents payment to the
 3  plaintiffs will be issued on a W2.
 4            I believe those are all the material terms of the
 5  settlement, but let me ask both sides if I've omitted
 6  anything or misstated anything?
 7            MR. GETMAN:  Your Honor, I have a couple of things
 8  that I'd like to clarify.  One is that I am probably the
 9  only person who can remove this from the website and I
10  won't be able to do that until tomorrow morning, so I'd
11  like to be able to --
12            MS. EKELMAN:  That's fine.
13            MR. GETMAN:  Understood that that's when that
14  would occur.  Ms. Pinguil would also, as I understood the
15  confidentiality, it was that it would only be -- it would
16  not be disclosed to anyone who stands outside of
17  confidential relationship. So Ms. Pinguil would be able
18  disclose to her husband that she received this money. She
19  will, as well, the plaintiffs will disclose to any person
20  that they make a disclosure to, that it's not to be further
21  disseminated.
22            MS. EKELMAN:  Other than her husband to whom does
23  -- or a tax adviser, is there anyone else that Ms. Pinguil
24  intends to disclose this to?
25            MR. GETMAN:  Not that I know of.
```

```
 1                                                          6
 2              MS. EKELMAN:  Can we limit it to that?
 3              MR. GETMAN: I would typically say that people also
 4   can disclose to a confidential spiritual advisor, priest,
 5   something like that --
 6              MS. EKELMAN:  I'd rather not.
 7              THE COURT:  Why would you want to do that?
 8              MR. GETMAN:  I don't know, but people do, Your
 9   Honor.
10              THE COURT:  They're going to call you for a
11   contribution.
12              MR. GETMAN:  It may be ill advised, and as their
13   attorney I should advise them not to.
14              MS. EKELMAN:  But you'd rather not, because I'm
15   not sure what the connections of those people are in a
16   community which they may overlap with other people. So her
17   husband and tax advisor.
18              MR. GETMAN:  Okay, I think we can live with that.
19              THE COURT:  All right, anything else from
20   plaintiffs' point of view?
21              MR. GETMAN:  Yes, we'd also like, rather than the
22   money going through the Getman Sweeney Trust Account, as I
23   understand it will go through Latinojustice Client Trust
24   Account.
25              MS. EKELMAN:  Okay, so I thought we were going to
```

```
                                                              7
 1
 2   issue different 1099 and W -- you wanted them to be paid
 3   separately, isn't that what we just discussed?
 4            MR. GETMAN:  Yes, but you, I think as -- I think
 5   can we -- can we arrange to discuss that further, but that
 6   it would, generally speaking, in accordance with the law,
 7   go through, probably go through one client trust account.
 8            MS. EKELMAN:  Okay.
 9            THE COURT:  All right, anything else from
10   plaintiffs' side?
11            MR. GETMAN:  Nothing from plaintiffs' side.
12            THE COURT:  All right. Ms. Ekelman, from
13   defendants' point of view, have --
14            MS. EKELMAN:  Only that we be provided with the
15   appropriate tax ID numbers from the law firms, from the
16   justice center and from the plaintiffs so that the proper
17   forms can be issued next year.
18            THE COURT:  Okay.  Any problem with that,
19   providing the tax ID numbers for the payees' of the
20   settlement proceeds?
21            MR. GETMAN:  We'll promptly provide the ITINs.
22            MS. EKELMAN:  Very good.
23            THE COURT:  Okay.
24            MR. GETMAN:  And I think I heard but I just want
25   to make sure that there was a release, as well, of law
```

```
                                                             8
 1
 2  firms, since there was some mention of claims thereof.
 3          MS. EKELMAN:  Yes.
 4          THE COURT:  Right, all claims against the parties
 5  and against the lawyers, if any, are released.
 6          MR. GETMAN:  Thank you.
 7          THE COURT:  All right, and both sides agree with
 8  that, correct?
 9          MS. EKELMAN:  That's fine.
10          THE COURT:  Okay.  All right.  I thank the parties
11  for their hard work, it's been a long day, but I think the
12  settlement is really in everybody's interest and ultimately
13  is going to save everybody time, money and aggravation.
14  I'm going to forward the stip of dismissal to Judge
15  Griesa's chambers and I'm also going to direct that this
16  recording, any transcript of this recording be maintained
17  under seal except that copies can be provided to counsel of
18  record only. It is not to be provided to anyone other than
19  counsel of record without a Court order.  Okay, anything
20  else from plaintiffs' side?
21          MR. GETMAN:  No, Your Honor, just to say that I
22  know this won't have been the biggest case that Your Honor
23  handles, but it is a, it is a matter of importance to the
24  parties and so I thank you for devoting a full day to
25  settling this case.
```

```
                                                              9
 1
 2              THE COURT:  My pleasure.  Every case that comes
 3    before me I know is an important case to the parties and
 4    it's an important case to society.
 5              MR. GETMAN:  Thank you.
 6              THE COURT:  So every case is important.
 7              MS. EKELMAN:  Thank you very much, Your Honor.
 8              THE COURT:  Okay, thank you all.
 9                   (Whereupon the matter is adjourned.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              10
               C E R T I F I C A T E


         I, Carole Ludwig, certify that the foregoing
transcript of proceedings in the United States District
Court, Southern District of New York, Chamorro, et al,
versus Ghermezian, et al, Docket #12cv8159, was prepared
using digital transcription software and is a true and
accurate record of the proceedings.




Signature_____


Date:  April 7, 2014
```